IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HIEN IVES, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NANCY A. BERRYHILL, | : | No. 17-5110 |
| Acting Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant. | : | |

**ORDER**

BERLE M. SCHILLER, J.

AND NOW, this 20th day of December 2018, upon consideration of Plaintiff's request for review, and Defendant's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Plaintiff's Request for Review is GRANTED; and

3. The matter is remanded to the Commissioner for further review consistent with the Report and Recommendation.

BY THE COURT:

BERLE M. SCHILLER
U.S. DISTRICT COURT JUDGE